## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI



**Octavio Bringas**
**Plaintiff**

vs.

**United States of America**
**B.O.P. and CoreCivic-AC**
**Hugh Hurwitz**
Director (D.O.J.)
**Mark Ien**
Director (B.O.P.)
**Mr. Gillis**
Warden CoreCivic-ACCC
**Ms. Johnson**
Record Supervisor
**Ms. Gavette**
Grievance coordinator
**Ms. Knigt**
Case Manager
**Ms. Pernell**
Counselor
**John Doe, Charlie Doe,**
**Richard Doe, et. al.**
For not knowing their names and or any other partner or insurance company responsible for all mental distress, emotional, physical and psychological harms that the plaintiff has suffered for the negligent actions of the herein defendants.
**Defendants**

Civil No. 5:19 -cv-38- DCB- MTP

OVER: CLAIM in HABEAS CORPUS URGENT TO THE PROTECTION OF THE RULE 2241.

## CLAIM in HABEAS CORPUS URGENT TO THE PROTECTION OF THE RULE 2241

### TO THE HONORABLE COURT

COMES NOW, by his own right, Mr. Octavio Bringas, hereinafter "the Plaintiff", who respectfully exposes, claims and requests:

1. The Plaintiff is a confined of legal age, who is under the custody of a private facility named, Adams County Correctional Center, within the Adams County of Mississippi jurisdiction and who after serving his sentence dictated by the Honorable Court of the jurisdiction of Louisiana, is still under custody unlawfully, and arbitrarily to his Constitutional Rights, as established in the 5th and 14th, Amendment of the Constitution of the United States and the Rights to freedom.

2. At the time that this CLAIM in URGENT HABEAS CORPUS is being sending the Plaintiff is being restricted from his freedom, by and under the Private facility known as Corrections Corporation of America (CCA) and/or under the name Adams County Correctional Center, ACCC = Core-Civic, at 20 Hobo Forks Road, Natchez, MS 39190. with the following Mail Address: P.O. Box 1600 Washington MS 39190.

## **JURISDICTION**

3. The Plaintiff is still under custody after completing his sentence dictated by the Honorable Court of Louisiana, and the only extraordinary remedy to release a person held in prison unlawfully is the URGENT HABEAS CORPUS, is to understand that this Honorable Court has the jurisdiction and power to protect the Plaintiff his Constitutional Rights. See 5th and 14th, Amendment.

## **EXHAUSTIVA OF ADMINISTRATIVE REMEDIES**

4. In the current case the Plaintiff initiated the Exhausting of Administrative Remedies months before his sentence was completed, when he noticed that according to the document showing his release date, his time of imprisonment was longer, adding several months extra to the sentence that was dictated by the Court. See as Exhibit # 1; The document that shows the erroneous release date. Also See as Exhibits # 2,3,4,5,6,7,8 and 9. The exhausted remedies that the Plaintiff has done.

5. Given the circumstances that the Plaintiff served his sentence and that currently he finds himself serving extra time that he should not been serving is wrongfully and unlawfully to keep him in imprisonment under the harsh conditions waiting for someone to fix the error through an Administrative remedy, an error that after four months nobody has fixed and as a result they are keeping the Plaintiff in a prolonged imprisonment unlawfully. Such action will be backing up the fact that his Right to freedom as it is established in the constitution keeps on being violated, causing mental distress and emotional harm to the Plaintiff. Therefore, an early resolution is as an URGENT remedy is sought before this HONORABLE COURT, without having to go through a long list of Administrative Remedies.

6. As this Honorable Court has knowledge, many issues emerge from the uniform. Administrative procedures that justify to not EXHAUST the Administrative remedies, among them. (a), when exist a strict violation to a Constitutional right "like in this case." (b), When the time that takes to Exhaust the Administrative remedies is too long before an eminent situation that is affecting a human being, whom Constitutional Right is being violated, as is happening in this case.

7. The Plaintiff understands that this Honorable Court has the Jurisdiction to grant a just remedy, without a long waiting period, clear fundamentals exist in the current case that justify for the non exhausting of the Administrative remedies.

**\*\*RECOR OF THE CASE\*\***

8. The Plaintiff was arrested by the State of Louisiana on March 13th 2017, where he was charged with the Crime of involuntary slaughter and was sentenced to 5 years in State prison to serve 25% of it, in other words 15 months, this sentence was a concurrent-sentence with a Federal case.

9. From the beginning  of the case the State jurisdiction as well as the Federal jurisdiction were interested to press charges against the Plaintiff.  Seven days after the arrest, March 20th 2017 the Plaintiff was transferred to Federal jurisdiction by the US. Marshalls, where he was charged with arm possession and illegal re-entry, and was kept under federal custody until he was sentenced .

10. The Plaintiff was processed and sentenced by the Federal jurisdiction to 24 months, a concurrent-sentence with the State sentence. See Exhibit. #: 10.

11. As this Honorable Court must know a Federal sentence of 24 months with the good time is served in 21 months and 14 days, So, from March 20th 2017, to January 2nd 2019, is the time required to serve the 24 month sentence dictated by the Honorable Court of Louisiana, the Plaintiff have served his sentence however, at the time the Plaintiff is sending this **CLAIM in HABEAS CORPUS URGENTE TO THE PROTECTION OF THE RULE 2241,** he is still under custody **120** days after he served his time.

12. To make things worst the document that shows the date of his release, has a serious error according to this document his release date will be July 30th 2019, six months and 26 days after the date that he should have been released, according with the sentence given by the Honorable Court. See Exhibit. #: 1. Computation Sheet.  Also, See as Exhibit # 10, Federal sentence.

13. As it was mentioned before at the time the plaintiff is sending his CLAIM in URGENT HABEAS CORPUS, Rule 2241, **120**  days already passed since he served his sentence of 24 months, concurrent-sentence with his State Case No. LA 2477691, the Plaintiff is unlawfully held in prison without a due legal process that gives them the right to keep him in custody, violating his ﹨ constitutional right, established in the constitution of the United States.  5th and 14th, Amendment. U.S.A.

14. (VIII),  The Plaintiff understands that the courts of both jurisdiction took in consideration the fact that the Crimes were merged in one event, therefore both courts dictated a concurrent-sentence.

15. (X),  Comes now the Plaintiff, before this Honorable Court of the jurisdiction of Mississippi, exposing the following:  The U.S. Marshals arrested and took into custody the Plaintiff on March 20th, 2017 and was kept under Federal jurisdiction while he was prosecuted and until he was sentenced, a concurrent-sentence with the State charges; See Federal Sentence. Exhibit #10.

16. (XI),  The Plaintiff being equitable does not pretend the Federal sentence would be counted from the date he was arrested by the State of Louisiana on March 13th, 2017, but it be fair if such Federal sentence is counted from the time that he was taken by the U.S. Marshals to Federal jurisdiction on March 20th, 2017, where he never left until after he was sentenced, when he was transferred again back to State jurisdiction, to continue with the State process.

17. (XII). Like it was said before the Plaintiff was sentenced by Federal Court to 24 months, and as this court knows a 24 months sentence with good time is served after 21 months and 14 days, therefore from March 20th, 2017, the date that the U.S. Marshals took custody of the Plaintiff to January 2nd, 2019, are the 21months and 14 days required to serve a 24 months sentence, so at the time the Plaintiff is sending this remedy of CLAIM in URGENT HABEAS CORPUS, **120** days passed since he served his sentence dictated by the Federal Court and he is still in prison unlawfully, without a due legal process, violating his constitutional right to freedom guaranteed by the 5th and 14th, Amendment of the Constitution of the U.S.A.

### **PLEAD FOR REQUEST**

18. That this Honorable Court take in consideration that the Federal sentence was a concurrent-sentence with the State sentence and the Plaintiff have served his State sentence since July 13th, 2018; and his Federal sentence since January 2nd 2019.

19. That this Honorable Court orders the Plaintiff release immediately.

20. Given the circumstances that the plaintiff is an indigent person, he cannot hire someone who can call together to the herein defendants. The plaintiff requests this Court to issue an order to the sheriffs to summons the defendant's to appear in court.

21. That this court notify to all the herein defendant's according to the rules of this Honorable Court.

22. For all of which the plaintiff complaint, respectfully requests from this Honorable Court to grant the CLAIM in URGENT HABEAS CORPUS to the protection of the Rule 2241 and to dictate any other process that are proceedings in right.

Respectfully submitted this 2nd day of May, 2019.

Octavio Bringas
Inmate #:08680-095
P.O. Box 1600
Washington, MS 39190

I, **Octavio Bringas**, Declare under penalty of perjury under the laws of the United States, pursuant to Title 28 U.S.C. § 1746(1), Without the United States, that the foregoing is true and correct.

By: _____
    **Octavio Bringas**

**AND/OR**

**JURAT /ACKOWLEDGEMENT**

COUNTY OF ADAMS                    )
                                   ) Scilicet
STATE OF MISSISSIPPI           )

SUSCRIBED, AND SWORN (or AFFIRMED), this 2nd day of May 2019, A.D. _Kasandra Counsel_____, Notary, that **Octavio Bringas**, personally appeared before me and executed this Declaration of Oath and known to me, to be the man, whose name subscribed to the within instrument and acknowledged to be the same to me on the basis of satisfactory evidence before me.

_____ Seal;
Notary Public Signature

Notary Public in and for said State MS

My Commission Expires: _June 9, 2020_

Enclosed please find the names and their addresses of those persons that are responsible of my continuing imprisonment unlawfully to whom I have invoked but their response is that the Court can solve it.

**INFORMATION: NAMES and ADDRESSES**

**Hugh Hurwitz**
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C 20530-0001

**Mark Ien**
To: the Director of the Bureau Federal of Prisons (B.O.P.)
Or who may be assign.
320 First St. NW
Washington DC 20534

**Mr. Gillis**
Warden. ACCC
P.O. Box 1600
Washington, MS 39190

**Ms. Johnson**
Record Supervisor
Adams County Correctional Center
P.O. Box 1600
Washington, MS 39190

**Ms. Gavette**
Grievance Coordinator.
Adams County Correctional Center
P.O. Box 1600
Washington, MS 39190

**Ms. Knigt**
Case Manager.
Adams County Correctional Center
P.O. Box 1600
Washington MS 39190

**Ms. Pernell**
Counselor.
Adams County Correctional Center
P.O. Box 1600
Washington, MS 39190

SBRR
sbrr

Exhibit #: 1

```
ACCAJ  540*23  *        SENTENCE MONITORING       *      10-01-2018
PAGE 001       *        COMPUTATION DATA          *      09:26:52
                       AS OF 10-01-2018
```

REGNO..: 08680-095 NAME: BRINGAS, OCTAVIO


```
FBI NO...........: 545283MC5          DATE OF BIRTH: 03-22-1967  AGE:  51
ARS1.............: ACC/A-DES
UNIT.............: SIERRA             QUARTERS.....: S03-203L
DETAINERS........: YES                NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 05-19-2019

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   07-30-2019 VIA GCT REL


```
                    RELEASE AUDIT COMPLETED ON 08-28-2018 BY DSCC
---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: LOUISIANA, MIDDLE DISTRICT
DOCKET NUMBER...................: 3:17-CR-00032-SDD-RL
JUDGE...........................: DICK
DATE SENTENCED/PROBATION IMPOSED: 11-02-2017
DATE COMMITTED..................: 11-16-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:    $200.00        $00.00          $00.00       $00.00

RESTITUTION...:   PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

 REMARKS........: 3:17-CR-00032-SDD-RLB(1)

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....: 136
OFF/CHG: 18:922(G)(5) / POSSESSION OF A FIREARM OR AMMUNITION BY A
         PROHIBITED PERSON 8:1326(A) / RE-ENTRY AFTER DEPORTATION

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/C TO STATE
 DATE OF OFFENSE................: 03-13-2017
```




G0002       MORE PAGES TO FOLLOW . . .

```
   ACCAJ  540*23 *                SENTENCE MONITORING          *      10-01-2018
PAGE 002          *             COMPUTATION DATA              *      09:26:52
                                  AS OF 10-01-2018


REGNO..: 08680-095 NAME: BRINGAS, OCTAVIO



-----------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-17-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-28-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-02-2017
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
EARLIEST DATE OF OFFENSE........: 03-13-2017

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 07-30-2019
EXPIRATION FULL TERM DATE.......: 11-01-2019
TIME SERVED.....................:    11 MONTHS
PERCENTAGE OF FULL TERM SERVED..:  45.7

PROJECTED SATISFACTION DATE.....: 07-30-2019
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: NO WKW - STATE SENTENCE IS STILL PENDING. K/KLM
                I/M SENT BY STATE WKW REVIEW NO CREDIT/CREDIT REMOVED:KLP




G0002        MORE PAGES TO FOLLOW . . .
```

```
ACCAJ  540*23 *           SENTENCE MONITORING           *      10-01-2018
PAGE 003 OF 003 *          COMPUTATION DATA           . *      09:26:52
                              AS OF 10-01-2018
```

REGNO..: 08680-095 NAME: BRINGAS, OCTAVIO


---------------------------- CURRENT DETAINERS: ----------------------------

```
DETAINER NO..: 001
DATE LODGED..: 04-03-2018
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....:
CHARGES......: POSSIBLE DEPORTATION A 205 007 681
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

**U.S. Department of Justice**                              **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Bringas Octavio**            **08680-095**      **DC-107-L**    **Adams. CCC**
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A - REASON FOR APPEAL** On March 13 2017 the appellant was arrested by the state of Lousiana where he was indicted with involuntary manslaughter, and was sentenced to five years to do 25% of the same, that will be 15 months according with any federal sentence. In this case the state jurisdiction, as well as the federal were interested in the prosecution of the appellant and for this reason on March-20-2017 the appellant was transfered to to the federal jurisdiction by the U.S. marshalls where he was kept under federal custody until he was sentenced to 24 months concurrents with the state case. As is to know a federal sentence of 24 months with good time will be 21 months and 14 days, so counting from March-20-2017 to January 2-2019 we have the 21 month and 14 days required to comply with the sentence, that means that he will be done with his time on January 2, 2019, The appellant's computation sheet has an error which says that the appellant will be released on July 30, 2019 and that will be 6 months and 26 days after his sentence is completed incongruous with the sentence given by this Honorable court. This error should be corrected since violates his right to freedom, and as a result the appellant is experiencing mental distress and emotional stress. See computation sheet and remedies exausted tha are attached to the present appeal like the Exhibits # 1, 2, 3, 4, 5, 6, 7 and 8. I request the mistake to be corrected to return to peace to the appellant.

_11-27-2018_                                    _[signature]_
     DATE                                  SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____                    _____
DATE                                      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C - RECEIPT**
                                    CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                    _____
DATE                            SIGNATURE RECIPIENT OF REGIONAL APPEAL

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | § **JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | § Case Number: **3:17-CR-00032-SDD-RLB(1)** |
| **OCTAVIO BRINGAS, A/K/A "OCTAVIO BRINGAS-POSADAS"** | § USM Number: **08680-095** |
| | § **Richard M. Upton** |
| | § Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☒ | pleaded guilty to count(s) | 1 and 2 of the Indictment |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:922(g)(5) / Possession of a Firearm or Ammunition by a Prohibited Person | 03/13/2017 | 1 |
| 8:1326(a) / Re-entry after Deportation | 03/13/2017 | 2 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)

☐   Count(s)   ☐ is   ☐ are dismissed on the motion of the United States

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 2, 2017
Date of Imposition of Judgment

*Shelly D Dick*
Signature of Judge

**SHELLY D. DICK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

*11-8-2017*
Date

AO 245B (Rev. 9/17) Judgment in a Criminal Case                                                                                    Judgment -- Page 2 of 5

DEFENDANT:      OCTAVIO BRINGAS, A/K/A "OCTAVIO BRINGAS-POSADAS"
CASE NUMBER:    3:17-CR-00032-SDD-RLB(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months on count one and 24 months on count two, to run concurrent. It is ordered that the defendant's sentence run concurrent to any sentence that may be imposed in Docket Number: 07-17-0539, 19th Judicial District Court, Baton Rouge, Louisiana.

☐    The court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

       ☐   at                  ☐   a.m.    ☐   p.m.    on

       ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐   before 2 p.m. on
       ☐   as notified by the United States Marshal.
       ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _8/29/18_ to _FCC_

at _Natchez, MS_, with a certified copy of this judgment.

S. Julien, Warden
UNITED STATES MARSHAL

By _Murphy_, Records Specialist
DEPUTY UNITED STATES MARSHAL