### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**OCTAVIO BRINGAS, # 08680-095**                                **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 5:19cv38-DCB-MTP**

**UNITED STATES OF AMERICA, et al.**                                **RESPONDENTS**

### ORDER TO SIGN

BEFORE the Court is *pro se* Petitioner Octavio Bringas's Motion to Request an Extension [5] of time to comply with the Order entered May 8, 2019.   He failed to place his original signature on the motion as required by Rule 11 of the Federal Rules of Civil Procedure. He will be provided an opportunity to correct this deficiency.   Accordingly,

**IT IS THEREFORE ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Octavio Bringas a copy of the Motion to Request an Extension [5], along with a copy of this Order.   If Petitioner would like this motion to remain filed, he is directed to place his signature on the document and return it to the Court on or before August 28, 2019.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this order in a timely manner will result in the unsigned pleading being stricken from the record without further notice to him.   *See*, Fed. R. Civ. P. 11(a).   Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's current address may result in dismissal of this case.

**SO ORDERED**, this the 14th day of August, 2019.

                                s/ Michael T. Parker
                                UNITED STATES MAGISTRATE JUDGE