**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**OCTAVIO BRINGAS, # 08680-095**                                                    **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 5:19cv38-DCB-MTP**

**UNITED STATES OF AMERICA, et al.**                                    **RESPONDENTS**

### ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Octavio Bringas is incarcerated with the Bureau of Prisons.   He initiated this habeas action on May 7, 2019.

On July 18, 2019, the Court denied Bringas pauper status and ordered him to pay the $5 filing fee by August 7.   The Order Denying *in Forma Pauperis* Status [6] was mailed to his address of record and was not returned as undeliverable.

To date, Bringas has not paid the filing fee or otherwise contacted the Court.   Bringas is warned that failure to comply could result in the dismissal of this case.   It is his responsibility to prosecute this case, including obeying Orders of the Court.   Accordingly,

**IT IS THEREFORE ORDERED** that, **on or before September 6, 2019**, *pro se* Petitioner Octavio Bringas shall either (1) pay the $5.00 filing fee or (2) file a written response showing cause why this case should not be dismissed for failure to obey an Order [6] of the Court.   Failure to timely respond may result in dismissal of this case.

**SO ORDERED**, this the 23rd day of August, 2019.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE