# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**OCTAVIO BRINGAS, # 08680-095**

                                                                    **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:19cv38-DCB-MTP**

**UNITED STATES OF AMERICA, BUREAU
OF PRISONS, CORECIVIC-AC, HUGH
HURWITZ, MARK IEN, WARDEN
GILLIS, RECORD SUPERVISOR
JOHNSON, GRIEVANCE COORDINATOR
GAVETTE, CASE MANAGER KNIGT,
COUNSELOR PERNELL, JOHN DOE,
CHARLIE, DOE, and RICHARD DOE**                          **RESPONDENTS**

## SECOND ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Octavio Bringas initiated this habeas action on May 7, 2019.   At the time, he was incarcerated with the Bureau of Prisons.

Bringas moved for pauper status on May 8, 2019.   That same day, the Court ordered him to either amend his *in forma pauperis* application or pay the $5 filing fee.   Bringas amended his application nine days later; however, on May 29, Bringas asked for more time to comply with the prior Order [3].   On July 18, the Court denied him pauper status and ordered him to pay the filing fee by August 7.   On August 14, the Court also ordered Bringas to sign his motion [5] for extension of time by August 28.   The Order Denying *in Forma Pauperis* Status [6] and Order to Sign [7] were mailed to his address of record.   The first was not returned as undeliverable, but the second was on August 30.

Having received no filing fee, on August 23, 2019, the Court entered the Order to Show Cause [8].   The Court ordered Bringas to show cause, by September 6, why this case should not

be dismissed for failure to pay the filing fee.   The Order to Show Cause was also mailed to his address of record but was returned as undeliverable.

To date, Bringas has not responded, provided a change of address, or otherwise contacted the Court.   Bringas was warned that failure to prosecute or obey any Order of the Court, including keeping the Court apprised of his address, may result in the dismissal of this case. Bringas shall have one final opportunity to comply.   It is his responsibility to prosecute this case, including obeying Orders of the Court.

**IT IS THEREFORE ORDERED** that **no later than October 8, 2019**, *pro se* Petitioner Octavio Bringas shall file a written response showing cause why this case should not be dismissed for failure to prosecute and obey Orders [6, 7, 8] of the Court.   Failure to timely respond may result in the dismissal of this case.

**SO ORDERED**, this the 24th day of September, 2019.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

2