IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


**OCTAVIO BRINGAS, # 08680-095**                                                  **PETITIONER**

**VERSUS**                                                 **CIVIL ACTION NO. 5:19cv38-DCB-MTP**

**UNITED STATES OF AMERICA, BUREAU
OF PRISONS, CORECIVIC-AC, HUGH
HURWITZ, MARK IEN, WARDEN
GILLIS, RECORD SUPERVISOR
JOHNSON, GRIEVANCE COORDINATOR
GAVETTE, CASE MANAGER KNIGT,
COUNSELOR PERNELL, JOHN DOE,
CHARLIE DOE, and RICHARD DOE**                                **RESPONDENTS**


## **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date,

IT IS, HEREBY, ORDERED AND ADJUDGED that this cause is dismissed without prejudice.

So ordered and adjudged, this the  24th  day of October, 2019.

                                       s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE